**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

IN RE:
MICHAEL CALE MCMILLAN,           CASE NO. 3:19-bk-31488-SHB
    Debtor.                                           Chapter 7

## NOTICE OF HEARING

**A hearing will be held on September 5, 2019 at 9:00 a.m. in Courtroom 1-C**, First Floor, of the Howard H. Baker, Jr. United States Courthouse, 800 Market Street, Suite 330, Knoxville TN 37902. **If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**
      **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

## MOTION OF JEFFREY G. HUBRIG, JR. TO EXTEND THE DEADLINE FOR FILING COMPLAINTS UNDER 11 U.S.C. § 523 AND §727

Jeffrey G. Hubrig, Jr., by and through counsel, moves the court to extend the current deadline by which he can file a complaint to object to the debtor's discharge or the dischargeability of the debt the debtor owes to the movant. In support thereof, movant states the following:

1. Movant's counsel attended the debtor's 341 meeting and requested that the debtor provide certain documents related to a business the debtor was involved in. The debtor agreed to do so and indicated that the documents were electronically saved.

2. To date, the documents the debtor promised to produce have not been provided and, therefore, Movant requests that the deadline for filing complaints under 11 U.S.C. §§ 523 and 727 be extended for sixty (60) days from the date of the hearing on this motion.

WHEREFORE, Jeffrey G. Hubrig, Jr., respectfully requests the entry of an order extending the deadline within which to file complaints objecting to the dischargeability of debts and to the debtor's discharge.

>/s/ Thomas H. Dickenson
> THOMAS H. DICKENSON (BPR No. 006844)
> Attorney for **Jeffrey G. Hubrig, Jr.**
> **HODGES, DOUGHTY & CARSON**
> P.O. Box 869
> Knoxville, Tennessee 37901-0869
> (865) 292-2307

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the **Motion of Jeffrey G. Hubrig, Jr., to Extend the Deadline for Filing Complaints Under 11 U.S.C. §523 and §727** has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

> Michael Cale McMillan (USM)
> 6859 Harvest Grove Lane
> Knoxville, TN 37918
>
> Ryan E. Jarrard (ECF)
> Quist, Fitzpatrick & Jarrard, PLLC
> 800 South Gay Street, Suite 2121
> Knoxville, TN 37929

This the 16th day of August, 2019.

>/s/ Thomas H. Dickenson
> Thomas H. Dickenson