*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**Michael McMillan**  Case No. **3:19-bk-31488-SHB**
Chapter 7
Debtor.

## NOTICE OF AMENDMENT

Pursuant to LR 1009-1(b), Debtor, by and through counsel, hereby states the following with respect to Document [34], Amended Schedule A, Amended Schedule C, and Declaration about an Individual Debtor's Schedules:

1. Schedule A is being amended to adjust the value of claims asserted against Michael Brock to $98,763.65 to reflect the discovery of new information with respect to the value of this claim.

2. Similarly, Schedule C is being amended to reflect that the debtor's exemption in the claim is $5,000.00 as the value of the claim is now known.

/s/ Ryan E. Jarrard
RYAN E. JARRARD
Tennessee Bar No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this **Notice, Amended Schedule A, Amended Schedule C, and Amended Declaration About an Individual Debtor's Schedules** has been served via the Court's ECF service, and upon the following by placing a copy thereof, first class postage prepaid, in the U.S. Mail, via email or ECF this March 26, 2021

Tiffany DiIorio, United States Attorney's Office
800 Market Street, Suite 114
Howard J. Baker Jr. US Courthouse
Knoxville, TN 37902
VIA US MAIL

Ann Mostoller, Trustee
VIA ECF

All Parties on the Attached Mailing Matrix via US Mail.

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD