# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 3:19-BK-31488 SHB  
**Case Name:** McMillan, Michael Cale  
**Period Ending:** 06/30/21

**Trustee:** (620220) Ann Mostoller  
**Filed (f) or Converted (c):** 05/10/19 (f)  
**§341(a) Meeting Date:** 06/18/19  
**Claims Bar Date:**

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | iPhone, Macbook Air, iPad Pro<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 2 | Small coin collection inherrited from legal guar<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Everyday clothing for work and casual use<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Two watches, wedding band<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 5 | Checking 8850: US Bank Bill pay account<br>Imported from original petition Doc# 1 | 76.77 | 0.00 | | 0.00 | FA |
| 6 | Checking 8868: US Bank<br>Imported from original petition Doc# 1 | 3.76 | 0.00 | | 0.00 | FA |
| 7 | Deposits of money: Acorns<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking 9007: US Bank<br>Imported from original petition Doc# 1 | 42.63 | 0.00 | | 0.00 | FA |
| 9 | Savings 4061: US Bank<br>Imported from original petition Doc# 1 | 0.01 | 0.00 | | 0.00 | FA |
| 10 | Checking: Smart Bank<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Smart Bank<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:19-BK-31488 SHB  
**Case Name:** McMillan, Michael Cale  
**Period Ending:** 06/30/21  

**Trustee:** (620220) Ann Mostoller  
**Filed (f) or Converted (c):** 05/10/19 (f)  
**§341(a) Meeting Date:** 06/18/19  
**Claims Bar Date:**

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Sprint (One Share)<br>Imported from original petition Doc# 1 | 6.14 | 6.14 | | 0.00 | FA |
| 13 | DreamCSX, Inc. `CLOSED*, 88% ownership<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 14 | BizSprints, Inc. `CLOSED*, 100% ownership<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15 | VIVE Global, Inc. `CLOSED*, 40% ownership<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 16 | Debtor is the trustee of a 529 college plan for<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2018 return, expected to have a refund. Extensio<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 18 | State Farm Insurance: Elena McMillan, Cailynn Mc<br>Imported from original petition Doc# 1 | Unknown | 1.00 | | 0.00 | FA |
| 19 | State Farm: Elena McMillan, Cailynn McMillan, Qy<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Claims against Matthew Brock, James Hurley, and<br>Amended 3/26/21 | 98,763.65 | 93,763.65 | | 0.00 | 0.00 |
| **20** | **Assets** Totals (Excluding unknown values) | **$103,394.96** | **$94,070.79** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    2021 - Embezzlement case concluded 4/9/21 with defendant sentenced to 8 yrs and restitution of $98,763.   No idea when the bk estate will receive the funds.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 3:19-BK-31488 SHB | **Trustee:** | (620220) Ann Mostoller |
| **Case Name:** | McMillan, Michael Cale | **Filed (f) or Converted (c):** | 05/10/19 (f) |
| | | **§341(a) Meeting Date:** | 06/18/19 |
| **Period Ending:** | 06/30/21 | **Claims Bar Date:** | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

2020 - Investigating debtor's claim that he may recover from an embezzlement case involving an employee at his company Dream CSX. Corresponding with detective handling the embezzlement case. Waiting to hear on status and if it will be pursued.

**Initial Projected Date Of Final Report (TFR):** December 31, 2021          **Current Projected Date Of Final Report (TFR):** December 31, 2021

Printed: 07/27/2021 02:41 PM    V.20.33